UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05840
    LORINE EGANS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2833

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/02/2007 and was confirmed 09/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 01/08/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDFIRST BANK STATE SAVI | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | 27.96 | .00 | .00 |
| AMERICAN CREDIT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1079.22 | .00 | 39.13 |
| ECAST SETTLEMENT CORP | UNSECURED | 1372.50 | .00 | 49.77 |
| IC SYSTEMS INC | UNSECURED | 99.00 | .00 | .00 |
| MERCANTILE ADJUSTMENT BU | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 16714.18 | .00 | 606.09 |
| UNITED STATES DEPT OF JU | SPECIAL CLASS | NOT FILED | .00 | .00 |
| AFNI/VERIZON WIRELESS | UNSECURED | 1136.83 | .00 | 41.22 |
| MIDFIRST BANK STATE SAVI | MORTGAGE ARRE | .00 | .00 | .00 |
| UNITED STATES DEPT OF JU | SECURED NOT I | 6618.17 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED NOT I | 15715.98 | .00 | .00 |
| MIDFIRST BANK STATE SAVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1691.96 | .00 | 61.36 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,334.00 | | 2,334.00 |
| TOM VAUGHN | TRUSTEE | | | 214.12 |
| DEBTOR REFUND | REFUND | | | 469.28 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,814.97 | |
|  |  |  |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 797.57 |
| ADMINISTRATIVE | | 2,334.00 |
| TRUSTEE COMPENSATION | | 214.12 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 05840 LORINE EGANS

```
DEBTOR REFUND                                               469.28
                         ----------------   ----------------
TOTALS                        3,814.97           3,814.97
```

        Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE